IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDILIO DIAZ, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. 2:06-cv-66-WMA-TMP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

O R D E R

On September 29, 2006, the magistrate judge filed his modified report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief, whether filed pursuant to 28 U.S.C. § 2241 or § 2255, be dismissed without prejudice. The petitioner filed objections on October 12, 2006.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the modified report and recommendation and the petitioner's objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* in the above-styled cause is due to be and the same is hereby DISMISSED WITHOUT PREJUDICE.

DONE this 25th day of October, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE